**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

**REQUEST FOR
CHANGE OF ADDRESS**

CASE NAME:          **Traci Marie St. Claire**

CASE NO. **21-21231**        JUDGE _____ JRS _____      CHAPTER ___13___

CHANGE FOR

DEBTOR _____    CREDITOR __X_____      ATTORNEY _____    (for) Debtor _____
                                                                        Creditor _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:               12/8/2021

NAME:                                  NewRez LLC d/b/a Shellpoint

                                                   (Please Print)

NEW ADDRESS:                          PO Box 10826

                                           Greenville, SC 29603

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME:                                  NewRez LLC d/b/a Shellpoint

OLD ADDRESS:

THIS CHANGE OF ADDRESS WAS FURNISHED BY:     Nathan T. Juster, Attorney for Debtor

BAR I.D. NUMBER:                         993962

DATE:                                    12/8/2021