UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                                                                CASE NO.: 21-21231
                                                                                                              CHAPTER 13

Traci Marie St. Claire,
    Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of RCF II Loan Acquisition, LP ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Andrea Betts, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**10700 ABBOTT'S BRIDGE RD, SUITE 170**
**DULUTH, GA 30097**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       10700 Abbott's Bridge Rd, Suite 170
                                       Duluth, GA 30097
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: _\S\Andrea Betts_
                                            Andrea Betts, Esquire
                                            Georgia Bar No. 432863
                                            Email: abetts@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 9, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:


TRACI MARIE ST. CLAIRE
8390 EMERALD POINT LANE
GAINESVILLE, GA 30506

And via electronic mail to:

JONES & WALDEN, LLC
699 PIEDMONT AVE. NE
ATLANTA, GA 30308

NANCY J. WHALEY
NANCY J. WHALEY, STANDING CH. 13 TRUSTEE
SUITE 120, TRUIST PLAZA GARDEN OFFICES
303 PEACHTREE CENTER AVENUE
ATLANTA, GA 30303


By: /s/ Emi Oyebade