**Traci M St Claire**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 75ESE | 9/24/2021 | 8810VA |
| Number | Period End | Branch |
| 11 | 10/7/2021 | |
| Social Security # | Check Number | Department |
| | -99997187 | |
| Hire Date | Check Date | Team |
| 10/18/2019 | 10/15/2021 | |

**Easiest System Ever LLC**

10945 State Bridge Road Suite 401-274
Alpharetta, GA 30022  770-912-4735

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.50 | 78.00 | 1209.00 | 23412.77 |
| Overtime | | | | | 52.31 |
| Commission | | | | | 1225.00 |
| **Total Earnings** | | | 78.00 | 1209.00 | 24690.08 |
| **NET PAY** | 1040.90 | **Total Direct Deposits** | | 1040.90 | |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/2) (1209.00) | 34.23 | 822.32 |
| OASDI (1209.00) | 74.96 | 1530.78 |
| Medicare (1209.00) | 17.53 | 358.00 |
| GA (1B/1) (1209.00) | 41.38 | 885.10 |
| Checking 30224XXXX | 1040.90 | 21093.88 |
| **Total Deductions** | 1209.00 | 24690.08 |
| **Check Amount** | 0.00 | 0.00 |

---

**Easiest System Ever LLC**
10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

Wells Fargo Bank
, GA

64-22
610

**Check Date** 10/15/2021    **Check Number**  Memo

**Pay**  *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
8810VA          11    -99997187
**Traci M St Claire**          NON NEGOTIABLE
8390 Emerald Pointe Ln
Gainesville, GA 30506

**Authorized Signature**

---

**Easiest System Ever LLC**
10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

8810VA          11    -99997187
**Traci M St Claire**
8390 Emerald Pointe Ln
Gainesville, GA 30506

**Traci M St Claire**

| Company | Period Begin | Division |
|---|---|---|
| 75ESE | 10/8/2021 | 8810VA |
| Number | Period End | Branch |
| 11 | 10/23/2021 | |
| Social Security # | Check Number | Department |
| | -99997165 | |
| Hire Date | Check Date | Team |
| 10/18/2019 | 11/1/2021 | |

**Easiest System Ever LLC**

10945 State Bridge Road Suite 401-274
Alpharetta, GA 30022 678-469-6201

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.50 | 70.00 | 1085.00 | 24497.77 |
| Overtime | | | | | 52.31 |
| Commission | | | | | 1225.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/2) (1085.00) | 21.83 | 844.15 |
| OASDI (1085.00) | 67.27 | 1598.05 |
| Medicare (1085.00) | 15.73 | 373.73 |
| GA (1B/1) (1085.00) | 34.25 | 919.35 |
| Checking 30224XXXX | 945.92 | 22039.80 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| Total Earnings | 70.00 | 1085.00 | 25775.08 | Total Deductions | 1085.00 | 25775.08 |
| **NET PAY** | | 945.92 | **Total Direct Deposits** 945.92 | **Check Amount** | 0.00 | 0.00 |

---

**Easiest System Ever LLC**
10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

Wells Fargo Bank
, GA

64-22
610

**Check Date** 11/1/2021     **Check Number**     **Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * *

**To the Order of:**
8810VA        11    -99997165
**Traci M St Claire**        NON NEGOTIABLE
8390 Emerald Pointe Ln
Gainesville, GA 30506

PAY ONLY ZERO 00 CTS CTS

**Authorized Signature**

---

**Easiest System Ever LLC**
10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

8810VA        11    -99997165
**Traci M St Claire**
8390 Emerald Pointe Ln
Gainesville, GA 30506

**Traci M St Claire**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 75ESE | 10/24/2021 | 8810VA |
| Number | Period End | Branch |
| 11 | 11/7/2021 | |
| Social Security # | Check Number | Department |
| | -99997146 | |
| Hire Date | Check Date | Team |
| 10/18/2019 | 11/15/2021 | |

**Easiest System Ever LLC**

10945 State Bridge Road Suite 401-274
Alpharetta, GA 30022  678-469-6201

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.50 | 77.00 | 1193.50 | 25691.27 |
| Overtime | | | | | 52.31 |
| Commission | | 15.50 | 0.00 | 75.00 | 1300.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | | 77.00 | 1268.50 | 27043.58 |
| **NET PAY** | 1086.48 | **Total Direct Deposits** | | 1086.48 | |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/2)  (1268.50) | 40.18 | 884.33 |
| OASDI (1268.50) | 78.65 | 1676.70 |
| Medicare (1268.50) | 18.39 | 392.12 |
| GA (1B/1)  (1268.50) | 44.80 | 964.15 |
| Checking 30224XXXX | 1086.48 | 23126.28 |

| | | |
|---|---|---|
| Total Deductions | 1268.50 | 27043.58 |
| **Check Amount** | 0.00 | 0.00 |

---

**Easiest System Ever LLC**

10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

Wells Fargo Bank , GA

64-22
610

**Check Date 11/15/2021**    **Check Number**  **Memo**

$ * * * * * * * * * * * *

**Pay**  *No Dollars and No Cents*

**To the Order of:**
8810VA                11     -99997146
**Traci M St Claire**           NON NEGOTIABLE
8390 Emerald Pointe Ln
Gainesville, GA 30506

PAY ONLY  ZERO  0 CTS 00 CTS

_____
**Authorized Signature**

---

**Easiest System Ever LLC**

10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

8810VA                11     -99997146

**Traci M St Claire**
8390 Emerald Pointe Ln
Gainesville, GA 30506

**Traci M St Claire**

| Company | Period Begin | Division |
|---|---|---|
| 75ESE | 11/8/2021 | 8810VA |
| Number | Period End | Branch |
| 11 | 11/23/2021 | |
| Social Security # | Check Number | Department |
| | -99997127 | |
| Hire Date | Check Date | Team |
| 10/18/2019 | 12/1/2021 | |

**Easiest System Ever LLC**

10945 State Bridge Road Suite 401-274
Alpharetta, GA 30022 678-469-6201

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.50 | 94.00 | 1457.00 | 27148.27 |
| Overtime | | | | | 52.31 |
| Commission | | | | | 1300.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/2) (1457.00) | 59.03 | 943.36 |
| OASDI (1457.00) | 90.33 | 1767.03 |
| Medicare (1457.00) | 21.13 | 413.25 |
| GA (1B/1) (1457.00) | 55.64 | 1019.79 |
| Checking 30224XXXX | 1230.87 | 24357.15 |

| | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 94.00 | 1457.00 | 28500.58 | Total Deductions | 1457.00 | 28500.58 |
| **NET PAY** | 1230.87 | **Total Direct Deposits** | | 1230.87 | **Check Amount** | 0.00 | 0.00 |

---

**Easiest System Ever LLC**

10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

Wells Fargo Bank
, GA

64-22
610

**Check Date** 12/1/2021     **Check Number**   **Memo**

**Pay**   *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
8810VA          11   -99997127
**Traci M St Claire**     NON NEGOTIABLE
8390 Emerald Pointe Ln
Gainesville, GA 30506

PAY ONLY ZERO CTS CTS  00

**Authorized Signature**

---

**Easiest System Ever LLC**

10945 State Bridge Road
Suite 401-274
Alpharetta, GA 30022

8810VA          11   -99997127

**Traci M St Claire**
8390 Emerald Pointe Ln
Gainesville, GA 30506