## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:

**TRACI MARIE ST. CLAIRE,**

     **Debtor.**

**TRACI MARIE ST. CLAIRE,**

     **Movant,**

**v.**

**LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES, Claim No. 7**

     **Respondent.**

**CHAPTER 13**

**CASE NO. 21-21231-jrs**

**CONTESTED MATTER**

### NOTICE OF REQUIREMENT OF RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 7 OF LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES; OF DEADLINE FOR FILING RESPONSE; AND OF HEARING

**PLEASE TAKE NOTICE** that on February 14, 2022, Traci Marie St. Claire ("Debtor"), Debtor in the above-captioned case, filed *Debtor's Objection to Proof of Claim No. 7 of LVNV Funding, LLC c/o Resurgent Capital Services* ("Respondent") (the "Objection"), wherein Debtor requests Respondent's claim be disallowed.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Objection at the following **toll-free number: 833-568-8864; meeting ID: 161 418 0533, at 9:40 a.m. on March 31, 2022 in Courtroom 103, United States Courthouse, 121 Spring Street SE, Gainesville, Georgia 30501**.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then on or before March 16, 2022, you or your attorney must:**

(1)     File with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

>   Clerk, U.S. Bankruptcy Court
>   U.S. Courthouse
>   Room 120
>   121 Spring Street SE
>   Gainesville, Georgia 30501

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2)     Mail or deliver a copy of your written response to the Debtor's attorney at the address stated below. You must attach a certificate of service to your written response stating when, how, and on whom (including addresses) you served the response.

**If you or your attorney do not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 120, 121 Spring Street SE, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

This 14th day of February, 2022.

>                                         **JONES & WALDEN LLC**
>                                         */s/ Nathan T. Juster*
>                                         Nathan T. Juster
>                                         Georgia Bar. No. 993962
>                                         Attorneys for Debtor
>                                         699 Piedmont Ave NE
>                                         Atlanta, Georgia 30308
>                                         (404) 564-9300
>                                         njuster@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TRACI MARIE ST. CLAIRE,**<br><br>Debtor.<br>**TRACI MARIE ST. CLAIRE,**<br><br>Movant,<br><br>v.<br><br>**LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES, Claim No. 7**<br><br>Respondent. | **CHAPTER 13**<br><br>**CASE NO. 21-21231-jrs**<br><br><br><br>**CONTESTED MATTER** |

## DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 7 OF LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES

Debtor Traci Marie St. Claire ("Debtor") files this objection ("Objection") to the proof of claim filed by LVNV Funding, LLC c/o Resurgent Capital Services ("LVNV") and respectfully show this Court as follows:

### BACKGROUND

1.     On December 3, 2021 ("Petition Date"), Debtor filed a petition for relief under Chapter 13 of Title 11, United States Code, 11 U.S.C. §§ 11 et seq. (as amended, modified, or supplemented, the "Bankruptcy Code").

2.     LVNV filed Proof of Claim No. 7 in the unsecured amount of $4,048.70 on January 27, 2022 (the "Claim"). The basis of the Claim is "Retail."

3.     LVNV attached an Account Supplemental Data statement ("Supplement") to the Claim.

4.      According to the Supplement, the Original Creditor was Sears National Bank. The Charge Off Date was November 7, 2002 and the last payment date was January 19, 2002.

### DISCUSSION

5.      The Claim should be disallowed in its entirety for at least three reasons.

6.      First, Debtor does not recognize the claim. Debtor did not schedule any claim relating to a debt originated by Sears National Bank.

7.      Second, even if the Claim was a debt of the Debtor, the face of the Claim indicates that it is barred by the statute of limitations. The statute of limitations applicable to the Claim would either be the six-year period of O.C.G.A § 9-3-24 (simple contracts) or the four-year period of O.C.G.A §§ 9-3-25 or 9-3-26 (open accounts and other contracts). In either case at the very latest, the statute of limitations ran on November 7, 2008.

8.      Third, the Claim lacks the information required by Federal Rule of Bankruptcy Procedure 3001(c). It does not include a copy of the writing upon which the Claim is based and does not contain an itemized statement of interest, fees, expenses, and other charges. Fed. R. Bankr. P. 3001(c)(1), (2)(A). LVNV should be precluded from presenting any of the omitted information in response to this Objection. Fed. R. Bankr. P. 3001(c)(2)(D).

### CONCLUSION

9.      The Claim should be disallowed in its entirety.

**REQUEST FOR RELIEF**: Plaintiff requests the following relief:

(a)  That this Objection be sustained;

(b)  That the Claim be disallowed in its entirety;

(c)  That the Court awards Debtor such other and further relief as is just and proper.

(Signature on following page)

Respectfully submitted February 14, 2022.

**JONES & WALDEN LLC**

*/s/ Nathan T. Juster*
Nathan T. Juster
Georgia Bar. No. 993962
Attorneys for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
njuster@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**TRACI MARIE ST. CLAIRE,**<br><br>     **Debtor.** | **CHAPTER 13**<br><br>**CASE NO. 21-21231-jrs** |
| **TRACI MARIE ST. CLAIRE,**<br><br>     **Movant,**<br><br>**v.**<br><br>**LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES, Claim No. 7**<br><br>     **Respondent.** | **CONTESTED MATTER** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Debtor's Objection to Proof of Claim No. 7 of LVNV Funding, LLC c/o Resurgent Capital Services* (the "Objection") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Objection to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Andrea Lynn Betts**   abetts@raslg.com
- **Nancy J. Whaley**   ecf@njwtrustee.com

I further certify that I served a true and correct copy of the Objection on all parties referenced below via United States First Class Mail, postage prepaid.

Resurgent Capital Services
ATTN: David Lamb
PO Box 10587
Greenville, SC 29603-0587

LVNV FUNDING LLC
c/o CORPORATION SERVICE COMPANY,
REGISTERED AGENT
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

This 14th day of February, 2022.

**JONES & WALDEN LLC**
*/s/ Nathan T. Juster*
Nathan T. Juster
Georgia Bar. No. 993962
Attorneys for Debtor
699 Piedmont Ave NE, Atlanta, Georgia 30308
(404) 564-9300   njuster@joneswalden.com