# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of GEORGIA

In re:                                                      Case No. 21-21231
TRACI MARIE ST. CLAIRE
Debtor(s).

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and
Claims Register to reflect the appropriate notice and payment addresses listed below.

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT          Court Claim # 9-1
IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS
OWNER TRUSTEE FOR RCF 2 ACQUISITION
TRUST C/O U.S. BANK TRUST NATIONAL
ASSOCIATION
Name of Secured Creditor

Old Address of Secured Creditor:

Selene Finance, LP
9990 Richmond Ave.
Suite 400 South
Houston  TX  77042

New Name and/or Address where **NOTICES** to Secured Creditor
should be sent:

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor
should be sent (if different from above):

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: /s/   Laura Egerman                    Date:  June 1, 2022
        Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 16, 2022, I electronically filed the foregoing with the
Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United
States Mail to the following:


TRACI MARIE ST. CLAIRE
8390 EMERALD POINT LANE
GAINESVILLE, GA 30506

And via electronic mail to:

AARON R. ANGLIN
JONES & WALDEN, LLC
699 PIEDMONT AVE NE
ATLANTA, GA 30308

NANCY J. WHALEY
NANCY J. WHALEY, STANDING CH. 13 TRUSTEE
SUITE 120, TRUIST PLAZA GARDEN OFFICES
303 PEACHTREE CENTER AVENUE
ATLANTA, GA 30303



By: /s/Hayley Copher