**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: <br><br> **TRACI MARIE ST. CLAIRE,** <br><br> Debtor. | CHAPTER 13 <br><br> CASE NO. 21-21231-jrs |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on July 20, 2022, Traci Marie St. Claire ("Debtor") filed a *Motion to Approve Loan Modification* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following toll-free number: **833-568-8864; access code 161 418 0533, at 9:40 a.m. on August 11, 2022 in Courtroom 103, United States Courthouse, 121 Spring Street SE, Gainesville, Georgia 30501**.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 120, 121 Spring Street SE, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

This 20th day of July, 2022.   **JONES & WALDEN LLC**
*/s/ Aaron Anglin*
Aaron Anglin
Georgia Bar No. 585863
Attorney for Debtor
699 Piedmont Avenue, NE, Atlanta, Georgia 30308
(404) 564-9300
aanglin@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**TRACI MARIE ST. CLAIRE,**<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 21-21231-jrs |

## MOTION TO APPROVE LOAN MODIFICATION

COMES NOW Traci Marie St. Claire (the "Debtor") and respectfully requests that this Court enter an Order approving the *Loan Modification Agreement* (the "Loan Modification") to be entered into by the Debtor and Selene Finance, LP as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Selene").

1. A copy of the Loan Modification (executed by the Debtor only) is attached hereto as **Exhibit A**.

2. The essential terms of the Loan Modification are:

   a. The modified principal balance of the Loan shall be $127,935.91 as of July 1, 2022 and shall bear interest from July 1, 2022 at the yearly rate of 5%.

   b. The monthly payments of principal and interest shall be $686.79, plus other amounts required under the subject loan documents (escrow, etc.), with the first payment due on August 1, 2022.

   c. The final monthly payment plus all other amounts due and owing under the subject loan documents shall be due on July 1, 2052.

3. Upon information and belief, approval of the Loan Modification will eliminate the balance owed on the prepetition arrearage of $37,407.40 stated in the *Proof of Claim* filed by Selene on February 9, 2022 [Claim No. 9-1].

4.       Approval of the Loan Modification will also reduce the Debtor's required monthly principal and interest payment by $73.87 per month.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order granting the instant Motion, approving the Loan Modification, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 20th day of July 2022.

**JONES & WALDEN LLC**

/s/ *Aaron Anglin*
Aaron Anglin
Georgia Bar No. 585863
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
aanglin@joneswalden.com
Attorney for Debtor

# Exhibit A

**After Recording Return To:**
**ServiceLink**
**Attn: Loan Modification Solutions**
**3220 El Camino Real**
**Irvine, CA 92602**

Tax Parcel ID No.: 319 242

―――――――――――――――――――――[Space Above This Line For Recording Data]―――――――――――――――――――――

**Original Principal Amount $147,500.00**         **Investor Loan No:** ▮
**Unpaid Principal Amount $107,601.94**          **Loan No:** ▮
**New Principal Amount $127,935.91**
**Total Cap Amount $20,333.97**                   33267

# LOAN MODIFICATION AGREEMENT
## (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **13th** day of **June, 2022**, between **TRACI M. ST. CLAIRE** ("Borrower") and **SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") dated **June 11, 2007**, in the amount of **$147,500.00** and recorded on **July 24, 2007** in Book, Volume, or Liber No. **4831**, at Page **300** (or as Instrument No. **N/A**), of the **Official** (Name of Records) Records of **HALL, GEORGIA** (County and State, or other jurisdiction) and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**8390 EMERALD POINTE LN, GAINESVILLE, GA 30506**
(Property Address)

the real property described being set forth as follows:
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **July 1, 2022**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$127,935.91**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument              Form 3179 1/01 (rev. 4/14)
The Compliance Source, Inc.                                  Page 1 of 6                              23703GA 10/01 Rev. 10/21
                                                                                              ©2001-2021, The Compliance Source, Inc.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **5.000%**, from **July 1, 2022**. Borrower promises to make monthly payments of principal and interest of U.S. **$686.79**, beginning on the **1st** day of **August, 2022**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **5.000%** will remain in effect until principal and interest are paid in full. If on **July 1, 2052** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

   b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

   a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of

    law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

  c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

  d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

  e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

  f) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

   Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

   By checking this box, Borrower also consents to being contacted by text messaging ☐.

6. By this paragraph, Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked, and Borrower has been advised of the amount needed to fully fund the Escrow Items.

_____  Date: 7/11/22

Borrower - TRACI M. ST. CLAIRE
Mailing Address: 8390 EMERALD POINTE LN, GAINESVILLE, GA 30506

## ACKNOWLEDGMENT

State of Georgia §
§
County of Forsyth §

This record was acknowledged before me on __July 11, 2022__ by **TRACI M. ST. CLAIRE** who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ Personally Known

__✓__ or Produced Identification

Type and # of ID (last 4 digits) GA Drivers License 2455

ID Expiration Date 1/6/2025

_____   July 11, 2022
Unofficial Witness           Date

JOHN R. JOHNSON
Printed, Typewritten, or Stamped Name

_____
Signature of Notary Public

Louie Stephen Williams, Jr.
(Name of Notary, Typed, Stamped or Printed)
Notary Public State of Georgia

(Stamp/Seal)

My Commission Expires: September 7, 2024

ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE
**SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**

By: _____    _____
                                                -Lender    Date of Lender's Signature

_____    _____
Witness Signature                      (Date)

Printed Name _____

## ACKNOWLEDGMENT

State of _____    §
                       §
County of _____   §

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this _____ by _____, _____ of **SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**, a **Delaware** limited partnership, on behalf of the limited partnership. He/she is personally known to me or who has produced _____ as identification.

_____
Signature of Person Taking Acknowledgment

_____
Name Typed, Printed or Stamped

_____
Title or Rank

Serial Number, if any: _____

My Commission Expires: _____

(Seal)

# EXHIBIT A

**BORROWER(S): TRACI M. ST. CLAIRE**

**LOAN NUMBER:** ▮▮▮▮▮

**LEGAL DESCRIPTION:**

STATE OF GEORGIA, COUNTY OF HALL, AND DESCRIBED AS FOLLOWS:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 1228 AND 1249 OF THE 14TH DISTRICT, 1ST SECTION, FORSYTH COUNTY, GEORGIA, BEING LOT 52, EMERALD POINTE SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 42, PAGE 12-16, FORSYTH COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION. SAID PROPERTY BEING KNOWN AS 8390 EMERALD POINT LANE ACCORDING TO THE PRESENT SYSTEM OF NUMBERING PROPERTY IN FORSYTH COUNTY, GEORGIA; AND BEING THE SAME PROPERTY CONVEYED TO JOSE R. OJEDA AND TRACI ST. CLAIRE VIA LIMITED WARRANTY DEED DATED MAY 16, 2005 AND RECORDED IN DEED BOOK 3797, PAGE 10, FORSYTH COUNTY GEORGIA RECORDS.

Parcel ID Number: 319 242
ALSO KNOWN AS: 8390 EMERALD POINTE LN, GAINESVILLE, GA 30506

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument         Form 3179 1/01 (rev. 4/14)
The Compliance Source, Inc.                           Page 6 of 6                               23703GA 10/01 Rev. 10/21
©2001-2021, The Compliance Source, Inc.

Loan No. ▮▮▮▮▮
Borrowers ("Borrower"): **TRACI M. ST. CLAIRE**

# LOAN MODIFICATION AGREEMENT RIDER

THIS LOAN MODIFICATION AGREEMENT RIDER is made this **13th** day of, **June, 2022**, by and between the undersigned borrower (the "Borrower") and **SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**, (the "Lender") and is incorporated into and shall be deemed to amend and supplement that certain LOAN MODIFICATION AGREEMENT (the "Agreement") of the same date executed by the Borrower and Lender as of the date above.

ADDITIONAL COVENANTS. In addition to the covenants and agreements made in the Agreement, Borrower and Lender further covenant and agree as follows:

1. Escrow Items

Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked. Borrower is hereby advised that beginning on the monthly payment due date set forth above, the amount of Escrow Items will be included with Borrower's monthly payment of principal and interest.

2. Interest Accrual Change.

Depending on the terms of your original note, interest may have accrued on a daily basis. According to the terms of your loan modification, interest will now accrue on an amortizing basis.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and conditions contained in this LOAN MODIFICATION AGREEMENT RIDER.

| _____ (Seal) | _____ (Seal) |
| **TRACI M. ST. CLAIRE**     -Borrower | -Borrower |
| _____ (Seal) | _____ (Seal) |
| -Borrower | -Borrower |

Loan No. ▮
Borrowers ("Borrower"): **TRACI M. ST. CLAIRE**

# COMPLIANCE AGREEMENT

In consideration of **SELENE FINANCE LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association** ("Lender") modifying the first lien mortgage loan (the "Loan"), in connection with the property located at **8390 EMERALD POINTE LN, GAINESVILLE, GA 30506** (the "Modification"), the undersigned ("Borrower") agrees, upon request of Lender, its successors or assigns ("Note Holder"), or upon request of any person acting on behalf of Note Holder, to fully cooperate with Note Holder or such person to correct any inaccurate term or provision of, mistake in, or omission from any document associated with the Modification. Borrower further agrees to execute such documents or take such action as Note Holder or such person acting on behalf of Note Holder reasonably may deem necessary (including without limitation the correction of any such inaccuracy, mistake, or omission) as will enable Note Holder to sell, convey, seek guaranty of, or market the Modification to any entity, including without limitation an investor, the Federal National Mortgage Association, the Government National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Department of Housing and Urban Development, the Department of Veterans Affairs, or any bonding authority.

Borrower further agrees to comply with any such request within a reasonable period of time as specified by Note Holder or by such person acting on behalf of Note Holder. Failure to comply shall constitute default under the Note and Security Instrument underlying the Modification, and Note Holder may pursue its available remedies.

BY SIGNING BELOW BORROWER ACKNOWLEDGES THAT BORROWER FULLY UNDERSTANDS THIS COMPLIANCE AGREEMENT OR OTHERWISE HAS SOUGHT THE ADVICE OF COUNSEL.

Date: 7/11/22

_____ (Seal)         _____ (Seal)
**TRACI M. ST. CLAIRE**  -Borrower                                         -Borrower

_____ (Seal)         _____ (Seal)
                         -Borrower                                         -Borrower

Compliance Agreement
W3078D                                   Page 1 of 1                       26357MU 02/16 Rev. 01/17



Account #: ▮▮▮▮▮
Property: 8390 EMERALD POINTE LN
GAINESVILLE, GA 30506

## Loss Mitigation Notice of Determination

By signing below, I am notifying Selene Finance LP that I agree to move forward with the loss mitigation program(s) for which I am approved or eligible. I am aware that participation in these programs may still require additional terms and conditions that will need to be adhered to.

_____  _____   _____  _____
Mortgagor                    Date     Co-Mortgagor                Date

Traci S. Claire
_____           _____
Printed Name                          Printed Name

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| TRACI MARIE ST. CLAIRE, | CASE NO. 21-21231-jrs |
| Debtor. | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Motion to Approve Loan Modification* (the "Motion") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Motion to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Andrea Lynn Betts**    abetts@raslg.com
- **Laura Egerman**    legerman@rasnj.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
- **Nancy J. Whaley**    ecf@njwtrustee.com

This 20th day of July, 2022.

                                        **JONES & WALDEN LLC**

                                        /s/ *Aaron Anglin*
                                        Aaron Anglin
                                        Georgia Bar No. 585863
                                        699 Piedmont Ave. NE
                                        Atlanta, Georgia 30308
                                        (404) 564-9300
                                        aanglin@joneswalden.com
                                        Attorney for Debtor