**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>TRACI MARIE ST. CLAIRE,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 21-21231-jrs |

### CERTIFICATION REGARDING REVIEW OF PROOFS OF CLAIM

COMES NOW Leon S. Jones, counsel of record for the Debtor in the above-styled Chapter 13 case, and files this Certification Regarding Review of Proofs of Claim pursuant to General Order No. 18-2015 and shows this Honorable Court the following:

1. The Debtor filed the instant Chapter 13 proceeding on December 3, 2021. Nancy J. Whaley has been appointed as the standing chapter 13 trustee.

2. The deadline for filing Proofs of Claim for creditors other than a governmental unit was February 11, 2022. The deadline for filing Proofs of Claim for governmental unit is June 1, 2022.

3. I hereby certify that the following tasks have been performed on behalf of the Debtor:

   A. Review of all filed Proofs of Claim on the Claims Register maintained by the Clerk of the Court to determine validity and also reviewed the claim status in the Trustee's Records to verify proper treatment by the Trustee;

   B. Debtor filed objections to Proof of Claim No. 7 on February 14, 2022. It was not necessary to object to any other filed Proof of Claim;

   C. It was not necessary to file any Proof of Claim on behalf of any creditors.

Respectfully submitted this 21st day of September, 2022.

JONES & WALDEN LLC

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar. No. 003980
Attorney for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
ljones@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**TRACI MARIE ST. CLAIRE,**<br><br>Debtor. | **CHAPTER 13**<br><br>**CASE NO. 21-21231-jrs** |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing "CERTIFICATION REGARDING REVIEW OF PROOFS OF CLAIM" using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Motion to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Andrea Lynn Betts**   abetts@raslg.com
- **Laura Egerman**   legerman@rasnj.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
- **Nancy J. Whaley**   ecf@njwtrustee.com

This 21st day of September, 2022.

JONES & WALDEN LLC

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar. No. 003980
Attorney for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
ljones@joneswalden.com