IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**TRACI MARIE ST. CLAIRE,**<br><br>    Debtor. | CHAPTER 13<br><br>CASE NO. 21-21231-jrs |

**APPLICATION TO WITHDRAW AS COUNSEL FOR
DEBTOR TRACI MARIE ST. CLAIRE**

Leon S. Jones and the law firm of Jones & Walden LLC (and all of its attorneys) (collectively the "Applicant" or the "Law Firm") file this Application seeking permission to withdraw as attorneys for debtor Traci Marie St. Claire ("Debtor") in the above-styled chapter 13 Bankruptcy case, pursuant to Local Rule 9010-5 for the Bankruptcy Court for the Northern District of Georgia (the "Rule"). In support of the request, the Law Firm shows as follows:

1)    The Law Firm requests that the Court enter an Order authorizing, permitting, and validating the Law Firm's withdrawal as attorneys of record for Debtor in the above-styled chapter 13 Bankruptcy case.

2)    Applicant has given due written notice to Debtor respecting the Law Firm's intention to withdraw prior to submitting the request to the Court (as represented by this Application), and Debtor has consented to this Application. *See* Rule 9010-5.

3)    The Law Firm shows that the granting of the request pursuant to this Application will not delay the chapter 13 case or otherwise interrupt the orderly operation of the Court, or be manifestly unfair to the client. The Law Firm has given notice to opposing counsel and to Defendant of this Request all as reflected on the Certificate of Service attached hereto.

1)    <u>Notification pursuant to Local Rule 9010-5</u>:  The Law Firm provided notice, all as anticipated by the Rule of the following:

1

(a) That the Law Firm, as attorneys, wishes to withdraw;

(b) That the style of the case in which the Law Firm seeks to withdraw is set forth in the caption of this Notice: In re: Traci Marie St. Claire, Chapter 13 Bankruptcy case No. 21-21231-jrs.

The contact information for the Clerk of Court is as follows:

Clerk of Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 215-1150

The contact information for the chapter 13 trustee is as follows:

Nancy J. Whaley
Suntrust Garden Plaza
303 Peachtree Center Avenue
Suite 120
Atlanta, Georgia 30303
(678) 992-1201
Email: info@njwtrustee.com

(c)     The Bankruptcy Court retains jurisdiction of all matters;

(d)     That, if the Law Firm's withdrawal is permitted:

1.     Debtor will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which you are a party and (B) your current name, telephone number, mailing address, and email address.  Such written statement must be amended promptly if your telephone number, mailing address, or email address changes;

2. That Debtor has the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so;

3. That if Debtor fails or refuses to meet these obligations, Debtor may suffer adverse consequences;

4. That services of notices upon Debtor may be made upon you at your last known addresses, to wit:

Traci Marie St. Claire
8390 Emerald Point Lane
Gainesville, GA 30506
tracistclaire@gmail.com

(e) No hearings, trials or other proceedings are presently scheduled. The holding of such proceedings, including trial, will not be affected by the withdrawal of counsel;

5) <u>Notification Certificate</u>: The Law Firm states that the Notification requirements have been met, as Applicant served a notice of intent to withdraw, a true and correct copy of which is attached hereto as <u>Exhibit "A"</u>, upon Debtor on or about October 24, 2022. This Application has been served upon the Debtor by U.S. Mail and email at the Debtor's last known addresses:

Traci Marie St. Claire
8390 Emerald Point Lane
Gainesville, GA 30506
tracistclaire@gmail.com

6) Debtor will have the burden of keeping the Court and all adverse parties or their counsel informed respecting where notices, pleadings, or other papers may be served.

WHEREFORE, Applicant Law Firm prays that the Court enter an Order authorizing the withdrawal of the Law Firm as counsel for Debtor, or that the Court grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED this 31st day of October, 2022.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, N.E.
Atlanta, Georgia 30308
(404) 564-9300
Withdrawing Attorney for Traci Marie St. Claire
ljones@joneswalden.com

Consent:

I have requested Jones & Walden LLC to cease representation of me and I agree to their withdrawal in the case.

*Traci St. Claire*
_____
Traci Marie St. Claire
8390 Emerald Point Lane
Gainesville, GA 30506

Document Ref: DGA8J-6GJ2N-K5EFE-CK2AA

**Exhibit "A" Follows**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**TRACI MARIE ST. CLAIRE,**<br><br>Debtor. | **CHAPTER 13**<br><br>**CASE NO. 21-21231-jrs** |

**NOTICE OF INTENT TO FILE APPLICATION FOR WITHDRAWAL
OF ATTORNEY FOR DEBTOR TRACI MARIE ST. CLAIRE**

To:  Traci Marie St. Claire
     8390 Emerald Point Lane
     Gainesville, GA 30506

This "Notice of Intent to File Application for Withdrawal of Attorney for Debtor Traci Marie St. Claire" ("Notice") is to advise you that Jones & Walden LLC and Leon S. Jones (collectively, the "Law Firm") intend to withdraw from their position as attorneys for debtor Traci Marie St. Claire in the above-styled chapter 13 Bankruptcy case. In doing so, an "Application for Withdrawal of Attorney for Debtor Traci Marie St. Claire" ("Withdrawal Application") will be filed with the Court after a period of 14 days.

The Law Firm will file its Withdrawal Application seeking permission for its withdrawal pursuant to Local Rule 9010-5 for the Bankruptcy Court for the Northern District of Georgia (being hereinafter referred to as the "Rule").

1)    The Law Firm will request that the Court enter an Order authorizing, permitting, and validating the Law Firm's withdrawal as attorneys of record for debtor Traci Marie St. Claire ("Debtor") in the above-styled chapter 13 Bankruptcy case.

2)    The Law Firm is providing this written notice to Debtor respecting the Law Firm's intention to withdraw 14 days prior to submitting the request to the Court, or in the alternative, the request for such withdrawal is made with your consent. *See* Rule 9010-5.

3) The Law Firm shows that the granting of the request pursuant to the Withdrawal Application will not delay the case or otherwise interrupt the orderly operation of the Court. The Law Firm will give notice to opposing counsel and to Defendant as the client of this request when the Withdrawal Application is filed with the court.

4) <u>Notification pursuant to Local Rule 9010-5</u>: The Law Firm provides notice, all as anticipated by the Rule of the following:

(a) That the Law Firm, as counsel, wishes to withdraw and the Law Firm intends to file a motion to withdraw;

(b) That the style of the Bankruptcy Case in which the Law Firm seeks to withdraw is set forth in the caption of this Notice.

The contact information for the Clerk of Court is as follows:

Clerk of Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 215-1150

The contact information for the chapter 13 trustee is as follows:

Nancy J. Whaley
Suntrust Garden Plaza
303 Peachtree Center Avenue
Suite 120
Atlanta, Georgia 30303
(678) 992-1201
Email: info@njwtrustee.com

(c) The Bankruptcy Court retains jurisdiction of all matters;

(d) That, if the Law Firm's withdrawal is permitted:

1. Debtor will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A)

2

the names of the parties and the number of each case, adversary proceeding, or contested matter in which you are a party and (B) your current name, telephone number, mailing address, and email address.  Such written statement must be amended promptly if your telephone number, mailing address, or email address changes;

2.  That Debtor has the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so;

3.  That if Debtor fails or refuses to meet these obligations, Defendant may suffer adverse consequences;

4.  That services of notices upon Debtor may be made upon you at your last known address, to wit:

>   Traci Marie St. Claire
>   8390 Emerald Point Lane
>   Gainesville, GA 30506

(e) No hearings, trials or other proceedings are presently scheduled.  The holding of such proceedings, including trial, will not be affected by the withdrawal of counsel;

(f) Unless the withdrawal requested by the Law Firm is with the client's consent, you have 14 days from the date of this notice to contact the Law Firm and state any objections to the Law Firm's withdrawal.

5)   <u>Notification</u>:   This Notification is being served upon you by email and U.S. Mail at your last known addresses:

>   Traci Marie St. Claire
>   8390 Emerald Point Lane
>   Gainesville, GA 30506
>   tracistclaire@gmail.com

6) Debtor will have the burden of keeping the Court and all adverse parties or their counsel informed respecting where notices, pleadings, or other papers may be served;

This 24th day of October, 2022.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, N.E.
Atlanta, Georgia 30308
(404) 564-9300
Withdrawing Attorney for Traci Marie St. Claire
ljones@joneswalden.com

4

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TRACI MARIE ST. CLAIRE,**<br><br>Debtor. | **CHAPTER 13**<br><br>**CASE NO. 21-21231-jrs** |

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served the foregoing **Notice of Intent to File Application for Withdrawal of Attorney for Debtor Traci Marie St. Claire** on the parties listed below by mailing copies thereof via U.S. first-class mail and email to:

Traci Marie St. Claire
8390 Emerald Point Lane
Gainesville, GA 30506
tracistclaire@gmail.com

This 24th day of October, 2022.

        **JONES & WALDEN LLC**

        */s/ Leon S. Jones*
        Leon S. Jones
        Georgia Bar No. 003980
        699 Piedmont Avenue, N.E.
        Atlanta, Georgia 30308
        (404) 564-9300
        Withdrawing Attorney for Traci Marie St. Claire
        ljones@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | |
| | CHAPTER 13 |
| TRACI MARIE ST. CLAIRE, | |
| | CASE NO. 21-21231-jrs |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I have served a copy of the foregoing "Application to Withdraw as Counsel for Debtor Traci Marie St. Claire" on all parties referenced below by depositing a copy of same in the United States Mail, postage prepaid to the following, and via email where indicated:

Traci Marie St. Claire
8390 Emerald Point Lane
Gainesville, GA 30506
tracistclaire@gmail.com

    This 31st day of October, 2022.

                                            **JONES & WALDEN LLC**

                                            */s/ Leon S. Jones*
                                            Leon S. Jones
                                            Georgia Bar No. 003980
                                            699 Piedmont Avenue, N.E.
                                            Atlanta, Georgia 30308
                                            (404) 564-9300
                                            Withdrawing Attorney for Traci Marie St. Claire
                                            ljones@joneswalden.com