**IT IS ORDERED as set forth below:**



Date: **November 2, 2022**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: <br><br> **TRACI MARIE ST. CLAIRE,** <br><br> Debtor. | **CHAPTER 13** <br><br> **CASE NO. 21-21231-jrs** |

### ORDER GRANTING WITHDRAWAL OF ATTORNEY
### FOR DEBTOR TRACI MARIE ST. CLAIRE

Jones & Walden LLC and Leon S. Jones ("Applicant" or the "Law Firm") sent its *Notice of Intent to File Application for Withdrawal of Attorney for Debtor Traci Marie St. Claire* ("Notice") to Debtor Traci Marie St. Claire ("Debtor") on October 24, 2022 via email and U.S. mail. The Law Firm filed its *Application for Withdrawal of Attorney for Debtor Traci Marie St. Claire* (Doc. No. 43) ("Application") on October 31, 2022. Pursuant to such Application, the Law Firm seeks an Order from this Court authorizing its withdrawal as attorney of record for Debtor in the above-styled Bankruptcy Case. It appearing that proper notice was given to Debtor of the Law Firm's intent to withdraw, and Debtor has not stated an objection to the Application

the Application pursuant to Local Rule 9010-5; it is

ORDERED AND ADJUDGED that Jones & Walden LLC and Leon S. Jones are hereby authorized and deemed to be withdrawn as counsel of record for Debtor in the above-styled Bankruptcy Case; and all further notices to the Debtor in this Bankruptcy Case shall be forwarded to:

> Traci Marie St. Claire
> 8390 Emerald Point Lane
> Gainesville, GA 30506
> tracistclaire@gmail.com

FURTHER ORDERED AND ADJUDGED that the Clerk is directed to enter this Order which shall serve as notice of the Law Firm's withdrawal in this Bankruptcy Case.

### END OF DOCUMENT

| Prepared and Presented By: | Consented to by: |
|---|---|
| **JONES & WALDEN LLC** | |
| */s/ Leon S. Jones* | *Traci St. Claire* |
| Leon S. Jones | |
| Georgia Bar No. 003980 | |
| 699 Piedment Avenue, NE | Traci Marie St. Claire |
| Atlanta, Georgia 30308 | 8390 Emerald Point Lane |
| (404) 564-9300 | Gainesville, GA 30506 |

**DISTRIBUTION LIST**

Leon S. Jones, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, Georgia 30308

Traci Marie St. Claire, 8390 Emerald Point Lane, Gainesville, Georgia 30506