**UNITED  STATES  BANKRUPTCY  COURT**
**NORTHERN  DISTRICT  OF  GEORGIA**
**GAINESVILLE  DIVISION**

| | | |
|---|---|---|
| **IN  RE:** | ) | **CHAPTER 13** |
| **TRACI MARIE ST. CLAIRE** | ) | **CASE NUMBER G21-21231-JRS** |
| | ) | |
| **DEBTOR** | ) | |

## MOTION  TO  DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 1/10/2023 the Trustee received a total of $18,540.00. The Trustee's records indicate the amount delinquent is $6,485.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 10th day of January, 2023.

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194
303 Peachtree Center Avenue, NE - Suite 120
Atlanta, GA 30303
678-992-1201
eroach@njwtrustee.com

## EXHIBIT  "A"

CASE  NO:    G21-21231-JRS                                    01/10/2023
TRACI MARIE ST. CLAIRE

### RECEIPT  HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|------|------|--------|--------|
| January 04, 2023 | PCH | 995016 | $500.00 |
| November 29, 2022 | PCH | 995015 | $500.00 |
| October 26, 2022 | PCH | 995014 | $1,355.00 |
| September 26, 2022 | PCH | 995013 | $1,355.00 |
| August 29, 2022 | PCH | 995012 | $1,355.00 |
| July 05, 2022 | PCH | 995010 | $1,925.00 |
| June 08, 2022 | PCH | 995008 | $1,925.00 |
| May 04, 2022 | PCH | 995007 | $1,925.00 |
| April 05, 2022 | PCH | 995006 | $1,925.00 |
| March 07, 2022 | PCH | 995005 | $1,925.00 |
| February 09, 2022 | PCH | 995004 | $1,925.00 |
| | | **Receipt Total:** | **$16,615.00** |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-21231 |
| | : | |
| TRACI MARIE ST. CLAIRE | : | CHAPTER 13 |
| | : | |
| Debtor(s). | : | JUDGE JRS |
| | : | |
| | : | |
| | : | |
| NANCY WHALEY, TRUSTEE | : | |
| | : | |
| Movant(s), | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| TRACI MARIE ST. CLAIRE | : | |
| | : | |
| Respondent(s), | : | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Nancy J. Whaley, Standing Chapter 13 Trustee, has filed a Motion to Dismiss with the Court seeking an order of dismissal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion to Dismiss at the following number: toll-free number: **833-568-8864**; meeting id: **161 418 0533**; at 10:00 AM on February 16, 2023 in Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, GA, 30501.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 121 Spring Street SE, Room 120  Gainesville, GA 30501. You must also mail a copy of your response to the undersigned at the address stated below.

This the 10th day of January, 2023.

/s/_____
   Eric W. Roach
   Attorney for the Chapter 13 Trustee
   State Bar No. 143194
   303 Peachtree Center Avenue, NE - Suite 120
   Atlanta, GA 30303
   678-992-1201
   eroach@njwtrustee.com

## CERTIFICATE OF SERVICE

Case No:  G21-21231-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:


TRACI MARIE ST. CLAIRE
8390 EMERALD POINT LANE
GAINESVILLE, GA  30506



I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

JONES & WALDEN LLC




This the 10th day of January, 2023.


/s/_____
   Eric W. Roach
   Attorney for the Chapter 13 Trustee
   State Bar No. 143194
   303 Peachtree Center Avenue, NE - Suite 120
   Atlanta, GA 30303
   678-992-1201
   eroach@njwtrustee.com