# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

TRACI MARIE ST. CLAIRE  
8390 EMERALD POINT LANE  
GAINESVILLE, GA  30506

**CASE NO.:** G21-21231-JRS

**CHAPTER:** 13

## NOTICE REQUESTING YOUR 2022 TAX RETURN AND
## NOTICE CONCERNING YOUR 2022 TAX REFUND

**Please provide a copy of your 2022 Federal income tax return,** including all supporting schedules, to the Trustee within thirty (30) days of filing the return or no later than May 18, 2023. You may provide the return by uploading it to Bankruptcy Documents, the secure online portal: https://www.bkdocs.us/login.php. If you do not have an account, you can easily create one by clicking on the gold "Register" button on the top right side of the Bankruptcy Documents home page. Once you have a registered account, log in and follow the instructions for uploading documents.

You may also fax or mail your return to my office at the address below. To protect the security of your information, **under no circumstances are you to submit tax returns and tax documents by e-mail.** Please take all necessary precautions to protect your personal information when submitting your return online, by fax, or by regular mail. Black out all social security numbers and addresses and **include your case number** on the return.

Additionally, the terms of **your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors**. Please use **our pay online payment systems** which can be found at **http://www.njwtrustee.com/debtor-resources/pay-online/**. You can also mail your tax refund **payable to the Chapter 13 Trustee** at the address below. Please **make a notation** that the funds are from your tax refund.

Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case.

A copy of this Notice was provided to the Debtor(s) electronically by email from the National Data Center or sent by first class U.S. mail to the Debtor(s) at the above address.

Dated: January 26, 2023

__/s/_____  
Nancy J. Whaley  
Standing Chapter 13 Trustee  
Bar Number: 377941  
Suite 120, Truist Garden Plaza  
303 Peachtree Center Avenue  
Atlanta, GA 30303  
678-992-1201