**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Gainesville Division**

In       Debtor(s)
Re:    **Traci Marie St. Claire**
    8390 Emerald Point Lane
    Gainesville, GA 30506

    **xxx–xx–3667**

Case No.: **21–21231–jrs**
Chapter:  **13**
Judge:  **James R. Sacca**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:   March 2, 2023

_James R. Sacca_

James R. Sacca
United States Bankruptcy Judge

Form 133a