Certificate Number: 13858-GAN-DE-036364224

Bankruptcy Case Number: 21-21231



13858-GAN-DE-036364224

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 1, 2022, at 1:04 o'clock PM EST, Traci Marie St. Claire completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  March 1, 2022              By:    /s/Wendel Ruegsegger

                                  Name:  Wendel Ruegsegger

                                  Title: Counselor