UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
*GAINESVILLE* DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-21231-jrs |
| | : | |
| **TRACI MARIE ST. CLAIRE,** | | |
| | : | CHAPTER 13 |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| **TRACI MARIE ST. CLAIRE,** | | |
| | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| **COMPUTERSHARE DELAWARE TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PRET 2025-RPL1 TRUST** | : | |
| Respondent. | : | |
| | : | |

### RESPONSE TO DEBTOR'S AMENDED MOTION TO DETERMINE FINAL CURE AND MORTGAGE STATUS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1(G)(4), AND FOR SANCTIONS UNDER RULE 3002.1(H) AND 11 U.S.C 105 (A)

**COMES NOW**, Computershare Delaware Trust Company, Not In Its Individual Capacity But Solely As Owner Trustee For Pret 2025-RPL1 Trust ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Amended Motion to Determine Final Cure and Mortgage Status Pursuant to Federal Rule Of Bankruptcy Procedure 3002.1(g)(4), And

for Sanctions Under Rule 3002.1(h) And 11 U.S.C 105 (a) ("Motion") (Doc. No. 74), and in

support thereof states as follows:

1.

Debtor, Traci Marie St. Claire ("Debtor"), filed a voluntary petition pursuant to

Chapter 13 of the Bankruptcy Code on December 3, 2021.

2.

Secured Creditor holds a security interest in the Debtor's property of 8390 Emerald

Point Lane, Gainesville, GA 30506.

3.

On February 9, 2022, Secured Creditor filed Proof of Claim 9-1, asserting a total debt

of $135,330.46, pre-petition arrears of $37,407.40, and post-petition payments of $985.99

($760.66 P&I, $225.33 escrow).

4.

The Chapter 13 Plan was confirmed on February 24, 2022, with language requiring

the Chapter 13 Trustee to make disbursements on the pre-petition arrears while the Debtor

maintained the post-petition payments directly to Secured Creditor. On August 17, 2022, an

Order Granting Debtor's Motion to Approve Loan Modification was entered on the docket

(Doc. No. 39). Said Order cured all prepetition arrears and Respondent amended its Proof of

Claim to reflect a $0.00 pre-petition arrears balance on October 1, 2022 (Proof of Claim 9-3).

5.

Secured Creditor's filed a Response to Trustees Notice of Disbursements Made

("Initial Response") on May 20, 2026 asserting the Debtor was not current on all postpetition

payments and the Loan was due for the March 1, 2026 monthly payment. The Initial

Page 2

Response included a payment history ledger which did not reflect the total payment information due to a formatting issue during upload.

6.

The Initial Response was based on an internal payment ledger generated on May 12, 2026. Consequently, the Initial Response did not reflect post-petition payments subsequently received from the Debtor, including a payment of $962.29 posted on May 15, 2026, a payment of $2,430.55 posted on June 2, 2026, and a payment of $962.29.

7.

Secured Creditor filed an Amended Response to Trustees Notice of Disbursements Made ("Amended Response") on June 30, 2026. The Amended Response agreed that the Debtor was current on all post petition payments through July 2026.

8.

The Amended Response listed $41,123.63 under Part 2 of the Response as "***The total amount received to cure any arrearages as of the date of this response***". This figure represents the total post-petition funds received from the Debtor during the pendency of the case. Because the Amended Response reflected the Debtor was post petition current, no payment ledger was required to be included.

9.

On July 15, 2026, the Debtor filed an Amended Motion to Determine Final Cure and Mortgage Status Pursuant to Federal Rule Of Bankruptcy Procedure 3002.1(g)(4), And for Sanctions Under Rule 3002.1(h) And 11 U.S.C 105 (a) ("Motion").

10.

Secured Creditor objects to any award of actual or punitive damages, or fees or costs to Debtor, asserting that its actions were taken in good faith and that the Amended Response resolves any outstanding issues.

11.

Secured Creditor reserves the right to supplement its Response to Debtor's Motion at any time.

**WHEREFORE**, Secured Creditor respectfully requests this Honorable Court Deny Debtor's Motion, and provide further relief as the Court deems just and proper.

Date: 08/04/2026

**Robertson, Anschutz, Schneid,
Crane & Partners PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

/s/__ Willie B. Smith
Willie Bruce Smith, Esq.
Georgia Bar # 507412
Email: wismith@raslg.com

*Space Intentionally Left Blank*

## CERTIFICATE OF SERVICE

I hereby certify that on the *4th* day of *August 2026*, I electronically filed the foregoing *Response to Debtor's Amended Motion* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Nancy J. Whaley**, Standing Trustee
Office of the United States Trustee

I further certify that on this day I caused a copy of this document to be served via *United States First Class Mail* on the following parties at the address shown for each.

**Traci Marie St. Claire**
8390 Emerald Point Lane
Gainesville, GA 30506

Dated: 08/04/2026

/s/  Willie B. Smith
**Willie Bruce Smith**
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
**13010 Morris Rd., Suite 450**
**Alpharetta, GA 30004**