Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Traci Marie St. Claire<br>aka Traci Marie St. Claire-Johnson<br>dba Bella Benessere |
| Debtor 2 | |
| (Spouse, if filing) | |

United States Bankruptcy Court for the NORTHERN District of GEORGIA

Case number 21-21231-jrs

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges                 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION**

**Court claim no**. (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 4393

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

---

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 02/09/2022 | (5) | $600.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Traci Marie St. Claire
aka Traci Marie St. Claire-Johnson
dba Bella Benessere

_____
Print Name          Middle Name          Last Name

Case number (if known) 21-21231-jrs

---

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Giselle Velez
_____
Signature

Date   March 29, 2022
_____

Print   Giselle Velez
_____
First Name          Middle Name          Last Name

Title   Authorized Agent_____

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address   10700 Abbott's Bridge Rd, Suite 170
Number                   Street

Duluth, GA 30097
City                                   State          ZIP Code

Contact Phone   470-321-7112

Email   gvelez@raslg.com

---

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 2

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on <u>March 30, 2022</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Traci Marie St. Claire
8390 Emerald Point Lane
Gainesville, GA 30506

*And via electronic mail to:*

Nathan Juster
Jones & Walden, LLC
699 Piedmont Ave. NE
Atlanta, GA 30308

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

                By: /s/ <u>**Lorena Delgado**</u>
                      <u>**Lorena Delgado**</u>
                      <u>**ldelgado@raslg.com**</u>