| Fill in this information to identify the case: |
| --- |
| Debtor 1   Traci Marie St. Claire |
| Debtor 2 |
| (Spouse, if filing) |
| United States Bankruptcy Court for the NORTHERN  District of GEORGIA |
| Case number 21-21231-jrs |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** COMPUTERSHARE DELAWARE TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PRET 2025-RPL1 TRUST

**Last 4 digits** of any number you use to identify the debtor's account: 4393

**Court claim no**. (if known): 9-3

**Date of payment change:** 11/1/2025
Must be at least 21 days after date of this notice

**New total payment:** $962.29
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   □ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $159.58          New escrow payment: $275.50

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   □ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                    New interest rate:

   Current principal and interest payment:     New principal and interest payment:

| Part 3: | Other Payment Change |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   □ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**          **New mortgage payment:**

Debtor 1 <u>Traci Marie St. Claire</u>                         Case number *(if known)* <u>21-21231-jrs</u>
      Print Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ <u>Willie B. Smith</u>                    Date <u>09/11/2025</u>
    Signature

| Print | Willie<br>First Name | Bruce<br>Middle Name | Smith<br>Last Name | | Title | Authorized Agent for Creditor |
|-------|------|------|------|---|-------|-------------------------------|

Company    <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address    <u>13010 Morris Road, Suite 450</u>
        Number         Street

          <u>Alpharetta</u>               <u>GA</u>    <u>30004</u>
          City                          State    ZIP Code

Contact Phone  <u>470-321-7112</u>                    Email  <u>wismith@raslg.com</u>

Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim.

However, this notice of mortgage payment change is being filed to ensure the creditor's compliance with Fed. R. Bankr. P.

3002.1.

**Certificate of Service**

I hereby certify that on the  15th  day of   September    ,  2025     , I electronically filed the foregoing *Notice of Mortgage Payment Change* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

I further certify that on this day I caused a copy of this document to be served via *United States First Class Mail* on the following parties at the address shown for each.

Traci Marie St. Claire
8390 Emerald Point Lane
Gainesville, GA 30506

Dated: [ 09  / 11  /   2025      ]

/s/  Willie B. Smith
**Willie Bruce Smith**
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC.**
**13010 Morris Rd. Suite 450**
**Alpharetta, GA 30004**

Telephone: (877) 735-3637
Fax: (866) 926-5496

P.O. Box 8619
Philadelphia, PA 19101-8619

Hours of Operation
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00
am to 5:00 pm, CT

08/25/2025

TRACI M ST CLAIRE
8390 EMERALD POINTE LN
GAINSVILLE GA 30506

Re:    Account Number:    ▮▮▮▮▮▮▮
       Mortgagor(s):      TRACI M ST CLAIRE

       Property Address:  8390  EMERALD POINTE LN
                          GAINESVILLE GA 30506

**Our records indicate the above referenced account has been impacted by a bankruptcy filing. If a mortgagor has received a discharge in bankruptcy, Selene fully acknowledges that such mortgagor has no personal liability for the debt and is not attempting to collect the debt from that mortgagor personally. If the account is impacted by an active bankruptcy case, Selene fully acknowledges the automatic stay and is not attempting to collect the debt. THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.**

Dear Mortgagor:

Your recent Escrow Analysis performed on 08/25/2025 identified an escrow shortage or deficiency of ($951.68). Please note that you have an option to make a lump sum payment to satisfy any escrow shortage or deficiency. Making a lump sum payment will reduce your escrow payment as the shortage spread payment element will be adjusted, provided you make this payment by 11/01/2025. This option is entirely voluntary, and Selene Finance wants to ensure that you know that this is not mandatory. For further assistance, please contact our Customer Service Department at (877) 735-3637.

Sincerely,
Escrow Department

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**<u>DISCLOSURE PAGE</u>**

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your right.

"Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

Telephone: (877) 735-3637
Fax: (866) 926-5496
www.selenefinance.com

P.O. Box 8619
Philadelphia, PA 19101-8619

Hours of Operation
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00
am to 5:00 pm, CT

TRACI M ST CLAIRE
8390 EMERALD POINTE LN
GAINSVILLE GA 30506

Re:    Account Number:    ▉▉▉▉▉▉
       Mortgagor(s):        TRACI M ST CLAIRE

       Property Address:    8390  EMERALD POINTE LN
                            GAINESVILLE GA 30506

**Our records indicate the above referenced account has been impacted by a bankruptcy filing.  If a mortgagor has received a discharge in bankruptcy, Selene fully acknowledges that such mortgagor has no personal liability for the debt and is not attempting to collect the debt from that mortgagor personally.  If the account is impacted by an active bankruptcy case, Selene fully acknowledges the automatic stay and is not attempting to collect the debt.  THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.**

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service.  Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order.  You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

P.O. Box 8619
Philadelphia, PA 19101-8619



**Online Information:** www.selenefinance.com
**Email:** customerservice@selenefinance.com

**Hours Of Operation:** Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT
**Phone:** (877) 735-3637
**Hearing Impaired:** Call 711 or (800) 735-2989
**Fax:** (866) 926-5496

**Correspondence:**
P.O. Box 8619
Philadelphia, PA 19101-8619

TRACI M ST CLAIRE
8390 EMERALD POINTE LN
GAINSVILLE GA 30506

Analysis Date:                                                                08/25/25
Loan Number:
Borrower Name:                                            TRACI M ST CLAIRE
Property Address:  8390  EMERALD POINTE LN
                   GAINESVILLE GA 30506

Each year Selene Finance LP reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, flood insurance (if required), homeowner's insurance premiums and mortgage insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

## 1. What is the amount of my new monthly payment starting November 01, 2025?

| Payment Items | Previous Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $686.79 | $686.79 | $0.00 |
| Escrow | $159.58 | $196.19 | $36.61 |
| Shortage | $0.00 | $79.31 | $79.31 |
| **Total Payment** | **$846.37** | **$962.29** | **$115.92** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with Selene Finance LP, this new amount will automatically take effect with your November payment.

## 2. What are the most common reasons that my escrow payment may change from year to year?

A.  **Increases or Decreases in Amounts Billed –** The amounts we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts Selene Finance LP expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY TAX | $1,914.95 | $2,354.22 | $439.27 |
| **Total Annual Escrow Payments** | **$1,914.95** | **$2,354.22** | **$439.27** |
| **Monthly Escrow Payments** | **$159.58** | **$196.19** | **$36.61** |

B.  **Repayment of Escrow Shortage –** According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $392.37 in October. This means you have a *shortage* of $951.68 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| ($559.31) | *minus* | $392.37 | *equals* | ($951.68) |

Loan Number: ████

**NEW PAYMENT EFFECTIVE DATE: November 01, 2025**

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Current Projected Balance | Required Projected Balance | Difference |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | -$559.37 | $392.31 | |
| November 25 | | $196.19 | $0.00 | -$363.18 | $588.50 | -$951.68 |
| December 25 | | $196.19 | $0.00 | -$166.99 | $784.69 | -$951.68 |
| January 26 | | $196.19 | $0.00 | $29.20 | $980.88 | -$951.68 |
| February 26 | | $196.19 | $0.00 | $225.39 | $1,177.07 | -$951.68 |
| March 26 | | $196.19 | $0.00 | $421.58 | $1,373.26 | -$951.68 |
| April 26 | | $196.19 | $0.00 | $617.77 | $1,569.45 | -$951.68 |
| May 26 | | $196.19 | $0.00 | $813.96 | $1,765.64 | -$951.68 |
| June 26 | | $196.19 | $0.00 | $1,010.15 | $1,961.83 | -$951.68 |
| July 26 | | $196.19 | $0.00 | $1,206.34 | $2,158.02 | -$951.68 |
| August 26 | | $196.19 | $0.00 | $1,402.53 | $2,354.21 | -$951.68 |
| September 26 | | $196.19 | $0.00 | $1,598.72 | $2,550.40 | -$951.68 |
| October 26 | COUNTY TAX | $196.19 | $2,354.22 | -$559.31 | $392.37 | -$951.68 ** |
| Totals | | $2,354.28 | $2,354.22 | | | |

** Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Actual | Projected Disbursement Estimate | Actual | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $2,074.53 | $2,234.11 |
| October 24 | COUNTY TAX | $159.58 | $159.58 | $1,914.95 | $2,354.22 * | $319.16 | $39.47 |
| November 24 | | $159.58 | $159.58 | | | $478.74 | $199.05 |
| December 24 | | $159.58 | $159.58 | | | $638.32 | $358.63 |
| January 25 | | $159.58 | $319.16 * | | | $797.90 | $677.79 |
| February 25 | | $159.58 | * | | | $957.48 | $677.79 |
| March 25 | | $159.58 | $319.16 * | | | $1,117.06 | $996.95 |
| April 25 | | $159.58 | $159.58 | | | $1,276.64 | $1,156.53 |
| May 25 | | $159.58 | * | | | $1,436.22 | $1,156.53 |
| June 25 | | $159.58 | $319.16 * | | | $1,595.80 | $1,475.69 |
| July 25 | | $159.58 | $159.58 | | | $1,755.38 | $1,635.27 |
| August 25 | | $159.58 | $159.58 | | | $1,914.96 | $1,794.85 |
| September 25 | | $159.58 | * | | | $2,074.54 | $1,794.85 |
| October 25 | COUNTY TAX | | E | | $2,354.22 E | $2,074.54 | -$559.37 |
| Totals | | $1,914.96 | $1,914.96 | $1,914.95 | $4,708.44 | | |

If you have questions about your escrow analysis statement please contact our Customer Service Department at (877) 735-3637.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only. We are not trying to collect against you personally. If you have questions about this communication or your obligation to pay, please contact your attorney.